IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| JEFFREY TODD SMITH, | ) | CASE NO.: 13-03013-BGC7 |
| AND MARGARET K. SMITH, | ) | |
|    DEBTORS. | ) | |

### TRUSTEE'S MOTION TO REQUIRE DEBTOR TO TURNOVER POST-PETITION DISTRIBUTIONS

**COMES NOW** the Trustee, Andre' Toffel, and represents as follows:

1. The above referenced Debtors filed a chapter 7 bankruptcy case on or about July 3, 2013 ("Petition Date").

2. Andre' Toffel was appointed Trustee and continues to serve in that capacity.

3. The Court has jurisdiction over this motion pursuant to 28 U.S.C. §§1334, 157 and 11 U.S.C. §542.

4. The Debtor, Jeffrey Smith, has an ownership interest in Open MRI on 280, LLC. The Debtor owned this interest on the Petition Date.

5. Since the Petition Date, the Debtor has received distributions based on his ownership interest in Open MRI on 280, LLC in the amount of $12,400.00. These distributions are property of the estate pursuant to 11 U.S.C. §541. The Debtor has a duty to turnover assets of the estate pursuant to 11 U.S.C. § 521.

**WHEREFORE, ABOVE PREMISES CONSIDERED**, the Trustee requests that the court enter an order requiring the Debtors to turnover the above-referenced assets, plus any additional post-petition distributions or payments; and for such other and further relief as is just.

/s/ Marvin E. Franklin
Marvin E. Franklin,
Attorney for the Trustee

**OF COUNSEL**
**NAJJAR DENABURG, P.C.**
2125 Morris Avenue
Birmingham, AL 35203
Office 205/250-8400

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was served this the 6th day of January 2014, by placing a copy of same in the United States Mail, postage prepaid, upon the following:

Jeffrey Todd Smith
Margaret K. Smith
7301 Kings Mountain Road
Birmingham, AL 35242

Andre' M. Toffel
600 North 20th Street
Suite 300
Birmingham, AL 35203

Joshua C. Snable
The Plaza Building
2112 11th Avenue South
Suite 528
Birmingham, AL 35205

/s/ Marvin E. Franklin
Of Counsel

Page 2 of 2