IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| JEFFREY TODD SMITH, | ) | CASE NO.: 13-03013-BGC7 |
| AND MARGARET K. SMITH, | ) | |
| DEBTORS. | ) | |

## TRUSTEE'S MOTION FOR AUTHORITY TO SELL PROPERTY BY PRIVATE SALE FREE AND CLEAR OF LIENS

Pursuant to Bankruptcy Code §363(b) and Federal Rules of Bankruptcy Procedure 2002(a)(2), 2002(c)(1), and 6004(c), the Trustee, André M. Toffel, (Trustee) moves this Honorable Court for authority to sell by private sale property of the estate that is described below. The proposed sale is other than in the ordinary course of business.

### PROPERTY TO BE SOLD:

1. A 2002 Formula 260BR boat, VIN. #UStnrd1853a202

### TERMS AND CONDITIONS OF SALE

The sale will be by private sale for $5,000.00 cash. The purchaser is Phillip Beasley. The sale will be closed after the order approving this motion. The Trustee is holding the $5,000.00 purchase proceeds. There is a ten percent (10%) commission due on the sale, subject to Court approval. The sale is a cash sale and not contingent on financing.

### LIENS AGAINST PROPERTY

There are no liens or interests in the property known to the Trustee. The sale will be free and clear of any liens, interests or encumbrances.

Case 13-03013-BGC7    Doc 122    Filed 01/09/14    Entered 01/09/14 14:35:23    Desc Main
Document    Page 1 of 3

## QUALIFICATIONS FOR SALE PURSUANT TO SECTION 363

The proposed sale qualifies under Bankruptcy Code Section 363(f).

**WHEREFORE**, the Trustee moves the Court as follows:

A.  To order and direct that service of this Motion be made in accordance with Federal Rules of Bankruptcy Procedure 9014 on all parties in interest;

B.  To order the date, time, and place of hearing on this Motion and the time within which objections may be filed and served on the Trustee, pursuant to Federal Rules of Bankruptcy Procedure 6004(c), 2002(a)(2) and 2002(c)(1);

C.  On such hearing, to approve the proposed Private Sale and grant the Trustee the authority to sell and convey the property; and to execute any instrument necessary by order of the Court, or otherwise, to effect the transfer to a purchaser, pursuant to Federal Rule of Bankruptcy Procedure 6004(f)(2);

D.  Order that liens, if any, shall attach to the proceeds of the sale and if, on such hearing, it should appear that there are parties claiming an interest in the property to be sold, to approve and confirm the sale nevertheless, and to order the Trustee to hold the consideration paid on the date of the sale until the dispute can be resolved; and

E.  To grant such other, further and different relief as may be proper in the premises to effect the sale of said property;

Respectfully submitted this the 9th day of January 2014.

/s/ Marvin E. Franklin
Marvin E. Franklin
Attorney for Trustee

Page 2 of 3

OF COUNSEL:
NAJJAR DENABURG, P. C.
2125 Morris Avenue
Birmingham, Alabama 35203
(205)250-8400

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Trustee's Motion for Authority to Sell Property by Private Sale Free and Clear of Liens was served this the 9th day of January 2014, by placing a copy of same in the United States Mail, postage prepaid, upon the following:

Jeffrey Todd Smith
Margaret K. Smith
7301 Kings Mountain Road
Birmingham, AL 35242

Joshua C. Snable
The Plaza Building
2112 11th Avenue South
Suite 528
Birmingham, AL 35205

Andre' M. Toffel
600 North 20th Street
Suite 300
Birmingham, AL 35203

/s/ Marvin E. Franklin
Of Counsel