IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| JEFFREY TODD SMITH, | ) | CASE NO.: 13-03013-BGC7 |
| AND MARGARET K. SMITH, | ) | |
|    DEBTORS. | ) | |

## TRUSTEE'S MOTION FOR TURNOVER OF FUNDS IN BANK ACCOUNT AND ROYALTY PAYMENTS RECEIVED POST-PETITION

**COMES NOW** the Trustee, Andre' Toffel, and represents as follows:

1. The above referenced Debtors filed a chapter 7 bankruptcy case on or about July 3, 2013 ("Petition Date").

2. Andre' Toffel was appointed Trustee and continues to serve in that capacity.

3. The Court has jurisdiction over this motion pursuant to 28 U.S.C. §§1334, 157 and 11 U.S.C. §542.

4. At the time of the filing of the bankruptcy petition, the Debtor had a bank account with Oakworth Capital ("Oakworth"). On the Petition Date the Debtor had, in his bank account at Oakwood, $7,563.46. See bank statement attached hereto as Exhibit A. The Debtor also had an account with ServisFirst Bank with $249.20 on deposit on the Petition Date. See bank statement attached hereto as Exhibit B. The Debtor has refused to turnover these funds after demand.

5. In addition, at the time of the filing of the bankruptcy petition, the Debtor was owner of stock in Osprey Biomedical Corporation ("Osprey"). On or about August 15, 2013, the Debtor received a royalty payment from Osprey in the amount of $1,031.25. See copy of the payment attached hereto as Exhibit C. Demand has been made upon the Debtor for the turnover of this property and has failed to do so.

Page 1 of 2

6. These Assets are property of the bankruptcy estate pursuant to 11 U.S.C.§ 541. The Debtors have a duty to turnover Assets of the estate pursuant to 11 U.S.C. § 521.

**WHEREFORE, ABOVE PREMISES CONSIDERED**, the Trustee requests that the court enter an order requiring the Debtor to turnover the above-referenced assets; and for such other and further relief as is just.

/s/ Marvin E. Franklin
Marvin E. Franklin,
Attorney for the Trustee

**OF COUNSEL**
**NAJJAR DENABURG, P.C.**
2125 Morris Avenue
Birmingham, AL 35203
Office 205/250-8400

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was served this the 23rd day of January 2014, by placing a copy of same in the United States Mail, postage prepaid, upon the following:

Jeffrey Todd Smith
Margaret K. Smith
7301 Kings Mountain Road
Birmingham, AL 35242

Joshua C. Snable
The Plaza Building
2112 11th Avenue South
Suite 528
Birmingham, AL 35205

Andre' M. Toffel
600 North 20th Street
Suite 300
Birmingham, AL 35203

/s/ Marvin E. Franklin
Of Counsel

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 07/15/2013 | WOK EXPRESS 205-9708588 AL | | $44.31 | $3,086.46 |
| 07/15/2013 | TARGET T1772 BIRMINGHAM AL | | $57.70 | $3,130.77 |
| 07/15/2013 | TEXACO 0308627 HOMEWOOD AL | | $66.35 | $3,188.47 |
| 07/15/2013 | SOU BEST BUY #383 7314 BIRMINGHAM AL | | $92.61 | $3,254.82 |
| 07/15/2013 | 269 PIGGLY WIGGLY MOUNTAIN BRO AL | | $131.11 | $3,347.43 |
| 07/15/2013 | TARGET T1772 BIRMINGHAM AL | | $233.83 | $3,478.54 |
| 07/11/2013 | TARGET T1772 BIRMINGHAM AL | | $204.19 | $3,712.37 |
| 07/11/2013 | CHILDREN'S HO CHILDREN'S HO BIRMINGHAM AL | | $300.00 | $3,916.56 |
| 07/10/2013 | USAA.COM PAYMNT LIFE | | $158.06 | $4,216.56 |
| 07/10/2013 | USAA.COM PAYMNT LOAN | | $947.00 | $4,374.62 |
| 07/10/2013 | CHILDREN'S HO CHILDREN'S HO BIRMINGHAM AL | | $300.00 | $5,321.62 |
| 07/10/2013 | NOTHING BUT NOODLES MOUNTAIN BROO AL | | $60.47 | $5,621.62 |
| 07/10/2013 | CHEVRON 0208861 BIRMINGHAM AL | | $69.64 | $5,682.09 |
| 07/10/2013 | SY8 DICK'S CLOTHING5605 BIRMINGHAM AL | | $152.81 | $5,751.73 |
| 07/10/2013 | CNS ACADEMY LTD 9310 BIRMINGHAM AL | | $241.03 | $5,904.54 |
| 07/10/2013 | MOUNTAIN BROOK GYMNAST 02059694889 AL | | $467.00 | $6,145.57 |
| 07/05/2013 | NORTHWESTERN MU ISA PAYMNT | | $721.69 | $6,612.57 |
| 07/05/2013 | LOVES COUNTRY 00004663 JASPER AL | | $52.70 | $7,334.26 |
| 07/05/2013 | WAL-MART #0287 JASPER AL | | $176.50 | $7,386.96 |
| 07/03/2013 | ALLSTATE INS CO INS PREM | | $232.10 | $7,563.46 |
| 07/03/2013 | LIFE TIME FITNESS #201 VESTAVIA HILL AL | | $328.00 | $7,795.56 |
| 07/03/2013 | NORTHWESTERN MU ISA WTHDL | | $1,454.27 | $8,123.56 |
| 07/02/2013 | BBVA COMPASS ALABAMA | | $4,654.87 | $6,669.29 |
| 07/02/2013 | BBVA COMPASS ALABAMA | | $5,167.10 | $11,324.16 |
| 07/02/2013 | CHEVRON 0208861 BIRMINGHAM AL | | $62.19 | $16,491.26 |
| 07/02/2013 | TARGET T1772 BIRMINGHAM AL | | $311.98 | $16,553.45 |
| 07/02/2013 | 1003 | Check | $292.26 | $16,865.43 |
| 07/02/2013 | 1005 | Check | $920.17 | $17,157.69 |
| 07/02/2013 | 1004 | Check | $1,331.37 | $18,077.86 |
| 07/01/2013 | WAL-MART #0287 JASPER AL | | $64.28 | $19,409.23 |
| 07/01/2013 | | | $68.92 | $19,473.51 |

EXHIBIT A

PROFESSIONAL CHECKING     4 of 6
Account Number
Statement Date    06/10/13 - 07/07/13


J. TODD SMITH
MARGARET K. SMITH
7301 KINGS MOUNTAIN RD
BIRMINGHAM AL 35242

## SERVICE CHARGE SUMMARY

| Date | Description | Amount |
|---|---|---|
| 7/05 | Balance Fee in Service Charge | 10.00 |

## CHECKS

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 6/19 | 1665 | 15.00 | 6/20 | 1685 | 312.60 | 6/18 | 1693 | 282.02 |
| 6/10 | 1669* | 36.00 | 6/20 | 1686 | 387.64 | 6/18 | 1694 | 50.00 |
| 6/13 | 1679* | 151.50 | 6/17 | 1687 | 67.11 | 6/17 | 1696* | 220.00 |
| 6/13 | 1680 | 256.47 | 6/17 | 1688 | 653.31 | 6/21 | 1697 | 50.00 |
| 6/12 | 1681 | 1,800.00 | 6/18 | 1689 | 33.25 | 6/25 | 1698 | 95.00 |
| 6/19 | 1682 | 12.00 | 6/17 | 1690 | 326.95 | 6/28 | 1700* | 50.00 |
| 6/18 | 1683 | 212.00 | 6/17 | 1691 | 65.00 | | | |
| 6/17 | 1684 | 103.08 | 6/18 | 1692 | 26.00 | | | |

* Indicates Serial Number Out of Sequence

## BALANCE SUMMARY

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 6/10 | 7,613.34 | 6/18 | 2,212.76 | 6/27 | 358.08 |
| 6/11 | 7,350.25 | 6/19 | 2,185.76 | 6/28 | 259.20 |
| 6/12 | 5,550.25 | 6/20 | 1,243.77 | 7/05 | 249.20 |
| 6/13 | 7,031.15 | 6/21 | 985.65 | 7/07 | 249.36 |
| 6/14 | 5,945.50 | 6/24 | 856.39 | | |
| 6/17 | 3,042.50 | 6/25 | 761.39 | | |

## INTEREST RATE SUMMARY

| Date | Rate |
|---|---|
| 6/09 | 0.100000% |


EXHIBIT

# OSPREY BIOMEDICAL CORP.

Jeffrey T. Smith, MD

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 6/30/2013 | Bill | | 1,031.25 | 1,031.25 | | 1,031.25 |ораз
| | | | | Check Amount | | 1,031.25 |

8/15/2013  3874

M & T Bank   Jan-Jun 2013 TLIF Design Royalties   1,031.25

EXHIBIT