# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

IN RE:                                        )
                                              )
JEFFREY SMITH AND,                            )      CASE #13-03013-BGC-7
MARGARET SMITH,                               )
                                              )
DEBTOR(S)                                     )

## STATEMENT OF NO OBJECTION

COMES NOW André M. Toffel, Trustee in the above case, and states that he has no objection to the relief requested by Compass Bank, and set for hearing on February 5, 2014 regarding 7301 Kings Mountain Road, Birmingham, AL 35242 (Proc.133).

Dated this the 31st day of January, 2014.

Respectfully submitted,

  /s/ Andre' M. Toffel, Trustee
Andre' M. Toffel, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Statement of No Objection in the above-listed case has been served on the following electronically or first class mail postage prepaid on this the 31st day of January, 2014.

| | |
|---|---|
| Marvin Franklin, Esq.<br>2125 Morris Avenue<br>Birmingham, AL 35203 | Joshua C. Snable<br>Snable, Chaney & Snable, L.L.C.<br>2112 11th Avenue South, Suite 528<br>Birmingham, AL 35205 |
| Bankruptcy Administrator<br>1800 5th Avenue No, 3rd Floor<br>Birmingham, AL 35203 | William C. Poole POOLW4929<br>917 Western America Circle, Suite 200<br>Mobile, Alabama 36609 |
| Jeffrey & Margaret K Smith<br>7301 Kings Mountain Road<br>Birmingham, AL 35242<br>1 | |

  /s/ Andre' M. Toffel
Of Counsel